IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-CR-68 |
| vs. | : | U. S. Magistrate Judge Sharon L. Ovington |
| SYDNEY JURICK, | : | |
| Defendant. | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Jurick, and for good cause shown, Defendant Jurick is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Jurick has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Jurick on probation for a period of one (1) year under the standard conditions of Probation required in the United States District Court for the Southern District of Ohio, including the Special Condition that Defendant Jurick: (1) participate in a substance abuse evaluation and complete any additional treatment as recommended by the probation officer during the period of supervision. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Jurick's completion of the probationary period.

November 29, 2017

    s/Sharon L. Ovington
    Sharon L. Ovington
    United States Magistrate Judge