IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs )
)      Case No. 3:17CR68
)
)
SYDNEY JURICK

## ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgment probation on November 1, 2018, for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

Dated this 24th day of Oct, 2018

Sharon L. Ovington
United States Magistrate Court Judge